| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
§ CASE NO. 1:24-CR-12
*versus* §
§
§
§
DALTON JOSEPH BATISTE §

## ORDER ADOPTING REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the court is the Defendant, Dalton Joseph Batiste's, *Motion to Suppress* (Dkt. #22). Batiste seeks to suppress incriminating evidence obtained during a search of his vehicle as a result of a traffic stop. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Government responded to Batiste's motion (Dkt. #24), and Judge Hawthorn held a hearing on July 18, 2024. Ultimately, Judge Hawthorn concluded that the traffic stop and resulting search were lawful, and therefore, recommended the evidence obtained as a result of the traffic stop should not be suppressed. (Dkt. #33.)

Neither party objected to Judge Hawthorn's report. The court concludes that the magistrate judge's findings, conclusions, and analysis are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that the Defendant's *Motion to Suppress* (Dkt. #22) is **DENIED.**

SIGNED at Beaumont, Texas, this 17th day of September, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE